UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6292**
18 U.S.C. §510

CR-DIMITROULEAS

UNITED STATES OF AMERICA,

v.

**MAGISTRATE JUDGE
SNOW**

DONNA LEE PUCKETT,

DEFENDANT.

## INFORMATION

The United States Attorney charges that:

### COUNT 1

Beginning on or about August 3, 1998, and continuing until on or about February 3, 1999, at Broward County, in the Southern District of Florida, the defendant,

DONNA LEE PUCKETT,

did knowingly, willfully, and with the intent to defraud, falsely make and forge the endorsement and signature of Virginia Haas on seven United States Treasury Checks totaling approximately $3,636.00.

In violation of Title 18, United States Code, Section 510.

GUY A. LEWIS
UNITED STATES ATTORNEY

STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**         **CASE NO.** _____

v.                                   **CERTIFICATE OF TRIAL ATTORNEY***

DONNA LEE PUCKETT
_____          **Superseding Case Information**:

**Court Division**: (Select One)     New Defendant(s)    Yes ____  No _X_
                                     Number of New Defendants  ____
___ Miami  ___ Key West              Total number of counts    ____
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:          (Yes or No) NO _____
   List language and/or dialect  _____

4. This case will take  _0_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days       _X_      Petty       ____
   II   6 to 10 days      ____     Minor       ____
   III  11 to 20 days     ____     Misdem.     ____
   IV   21 to 60 days     ____     Felony      _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ___NO___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___NO___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500048

*Penalty Sheet(s) attached                                  REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __DONNA LEE PUCKETT__   No.: _____

Count #I:   Treasury check fraud (18: 510)

*Max Penalty: Ten years' imprisonment; $250,000 fine

Count #II:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

DONNA LEE PUCKETT

**WAIVER OF INDICTMENT**

CASE NUMBER:

I, Donna Lee Puckett, the above named defendant, who is accused of forging endorsements on treasury checks of the United States in the amount of approximately $3,636.00, in violation of Title 18, United States Code, Section 510, being advised of the nature of the charge, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____

*Defendant: DONNA LEE PUCKETT*

_____

*Daryl Wilcox, AFPD* Counsel for Defendant:

Before _____
          UNITED STATES MAGISTRATE JUDGE