UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

OCT 0 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA

    V.                        CASE NO. 00-6292-CR-DIMITROULEAS

DONNA LEE PUCKETT

---

TYPE OF CASE:                CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.            COURTROOM 203E
FT. LAUDERDALE, FL 33301      DATE & TIME:
                                          **OCTOBER 12, 2000 AT 1:00 P.M.**

---

TYPE OF            CHANGE OF PLEA
HEARING:

                                      CLARENCE MADDOX,
                                      CLERK OF COURT

DATE: October 5, 2000                  BY DEPUTY CLERK

cc:   Steven Petri, AUSA
      Daryl Wilcox, AFPD