## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | DONNA LEE PUCKETT (surrender) | CASE NO: | 00-6292-CR-DIMITROULEAS |
| AUSA: | STEVEN PETRI /Finnigan | ATTY: | DARYL WILCOX, AFPD |
| AGENT: | | VIOL: | 18:510 |
| PROCEEDING: | I/A ON INFORMATION | RECOMMENDED BOND: | PSB |
| BOND HEARING HELD - yes (no) | | COUNSEL APPOINTED: | FPD |
| BOND SET @: | 3,000 PSB | To be cosigned by: | |

FILED by OCT 12 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.    (Advised of Charges)
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.   N/A
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Change of plea set for today before WPD

| | | | | | |
|---|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | | TIME: | JUDGE: | PLACE: |
| INQUIRY RE COUNSEL: | | | | | |
| PTD/BOND HEARING: | | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | | |
| STATUS CONFERENCE: | N/A | | | | |

DATE: 10/12/00   TIME: 11:00   FTL/LSS TAPE # 00- 051   Begin: 1404   End: 1597

