AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

_____SOUTHERN_____  DISTRICT OF  _____FLORIDA_____

UNITED STATES OF AMERICA

v.

DONNA LEE PUCKETT

## WAIVER OF INDICTMENT

CASE NUMBER: 00-6292-CR-WPD

I, Donna Lee Puckett, the above named defendant, who is accused of forging endorsements on treasury checks of the United States in the amount of approximately $3,636.00, in violation of Title 18, United States Code, Section 510, being advised of the nature of the charge, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Donna Lee Puckett*
Defendant: DONNA LEE PUCKETT

*Daryl Wilcox*
Daryl Wilcox, AFPD Counsel for Defendant:

Before *Suriana S. Snow*
UNITED STATES MAGISTRATE JUDGE