UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6292-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

DONNA LEE PUCKETT

FILED by OCT 12 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 12, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __ON BOND FORM_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name: _____AFPD DARYL WILCOX_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED: $_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __12TH__ day of __OCTOBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
        Deputy Clerk

Tape No. ___00-__051__

cc: Copy for Judge
    U. S. Attorney

