UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55491-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 00-6292-CR-Dimi
                          )   REPORT COMMENCING CRIMINAL
        -vs-              )            ACTION
                          )
DONNA L. PUCKETT          )
                Defendant
*********************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    N. PALM BEACH
    U.S. District Court       (circle one)

FILED by D.C. OCT 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A". SLF SURR

(1) Date and Time of Arrest: 10-12-00 _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FRAUD  SS CHECKS

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 3-31-46

(6) Type of Charging Document: (check one)
    [X] Indictment   [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 10-12-00  (9) Arresting Officer: _____

(10) Agency: USMS    (11) Phone: _____

(12) Comments: _____

