## CRIMINAL MINUTES



FILED by _____ D.C.
OCT 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6292-CR-WPD     DATE: October 12, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     Donna Lee Puckett

U.S. ATTORNEY: Thomas Lanigan     DEFT. COUNSEL: Daryl Wilcox

REASON FOR HEARING: Change of plea & Sentencing

RESULT OF HEARING: Deft sworn & questioned by the Court. Deft to plead guilty to Information. Parties agree to waive their right to Pre-Sentence Investigation Report. Court accepts guilty plea. Restitution $3636.00, no fine, 2 years probation, $100.00 assessment

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Written plea agreement filed. Deft informed of right to appeal.

