AO 245B (Rev 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **DONNA LEE PUCKETT** | Case Number: **0:00CR06292-001** |
| | Daryl Wilcox, AFPD/Thomas Lanigan, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

- [X] pleaded guilty to count(s)  1
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 510 | Treasury Check Fraud | 02/03/1999 | |

FILED by ____ D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **03/31/1946**
Defendant's USM No.: **55491-004**
Defendant's Residence Address:
**2434 Funston Street**
**Hollywood**        FL    **33020**

Defendant's Mailing Address:
**2434 Funston Street**
**Hollywood**        FL    **33020**

Date of Imposition of Judgment: **10/12/2000**

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

Date: October 13, 2000

No further action required by
the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Ed Pucini, SDUSM